NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMIE MCIVER,**

*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent*

---

2024-1942

---

Petition for review of the Merit Systems Protection Board in No. DC-3330-19-0289-I-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                          MCIVER V. DVA

accordance with the rules.


                                        FOR THE COURT



<u>August 29, 2024</u>                  Jarrett B. Perlow
        Date                            Clerk of Court


**ISSUED AS A MANDATE:** August 29, 2024